## SUE *v.* VIOLA et al.

One who made no appearance before judgment, and raised no issue in the court below, and against whom the judgment cannot have the force of *res judicata*, has no right to appeal therefrom.

APPEAL from the District Court of the First District, *Buchanan*, J. *Greiner*, for the plaintiff. *Dufour*, for the appellant. No counsel appeared for the defendants. The judgment of the court was pronounced by

SLIDELL, J. The plaintiff sold some merchandise in France to the defendants, shipped it, and gave the defendants the bill of lading. It was to be paid for in cash : the defendants failed to do so, and absconded. The plaintiff sequestered the goods after their arrival at New Orleans, and *Bousquet*, in whose possession they were found, intervened and claimed the goods as having purchased them from one *Peyret*, the agent here of *Viola frères*. They alleged in their intervention that they had paid the duties on the goods at this port, and, if not entitled to the goods, are, at least, entitled to reimbursement of the amount of duties. The court considered *Bousquet* a purchaser in bad faith, dismissed his intervention, and restored the property to the plaintiff. *Peyret* was not cited, nor did he become a party to the cause.

After judgment he appeared by petition of appeal, and now asks a judgment in his favor for the amount of duties, as having been paid by him. Under the evidence it is not clearly shown that he paid them. But besides this he has no right to relief in this cause, not having appeared before judgment, nor raised any issue in the court below. The only parties litigant were the plaintiff, the

defendants, and the intervenor, none of whom have appealed.  The judgment of the court below is not *res judicata* against *Peyret*.  If he has any claim, it is not adversely affected by the judgment, and therefore he cannot appeal.  See *Williams* v. *Trépagnier*, 4 Mart. N.-S. 343.   *Young* v. *Cenas*, 1 Mart. N. S. 308.                                                            *Appeal dismissed.*